ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02720-MHP

| | |
|---|---|
| Niehaus v. Intel Corporation | Date Filed: 07/01/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Patricia M. Niehaus**
*individually and on behalf of others similarly situated*

represented by **Jeffrey F. Keller**
Law Officces of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
(415) 543-1305
Fax: 415-543-7861
Email: jfkeller@kellergrover.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony D. Shapiro**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: tony@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Elaine T. Byszewski**
Hagens Berman LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213-330-7150
Fax: 213-330-7152
Email: elaine@hagens-berman.com
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Goldenberg**
Murdock Goldenberg Schneider & Groh, P.A.
700 Walnut Street
Suite 400
Cincinnati, OH 45202-2011

    513-345-8291
    *ATTORNEY TO BE NOTICED*

    **John C. Murdock**
    Murdock & Goldengerg Schneider & Groh, L.P.A.
    700 Walnut Street
    Suite 400
    Cincinnati, OH 45202-2011
    513-345-8291
    *ATTORNEY TO BE NOTICED*

    **Kathleen R. Scanlan**
    Law Offices of Jeffrey F. Keller
    425 Second Street
    Suite 500
    San Francisco, CA 94107
    415-543-1305
    Fax: 415-543-7861
    Email: kscanlan@jfkellerlaw.com
    *ATTORNEY TO BE NOTICED*

    **Lee M. Gordon**
    Hagens Berman Sobol Shapiro LLP
    700 South Flower Street
    Suite 2940
    Los Angeles, CA 90017-4101
    213/330-7150
    Fax: 213/330-7152
    Email: lee@hbsslaw.com
    *ATTORNEY TO BE NOTICED*

    **Steve W. Berman**
    Hagens Berman Sobol Shapiro LLP
    1301 Fifth Avenue
    Suite 2900
    Seattle, WA 98101
    206-623-7292
    Fax: 206-623-0594
    Email: steve@hbsslaw.com
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**      represented by    **Christopher B. Hockett**
*a Delaware corporation*                                  Bingham McCutchen LLP
                                                                 Three Embarcadero Center
                                                                 San Francisco, CA 94111-4067
                                                                 415-393-2000

Fax: 415-393-2286
Email: chris.hockett@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joy K. Fuyuno**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Greenwald**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415/393-2000
Fax: 415/393-2286
Email: julie.greenwald@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | CLASS COMPLAINT; Jury Trial Demanded against Intel Corporation (Filing fee $ 250.00, receipt number 3373914.). Filed byPatricia M. Niehaus. (gba, COURT STAFF) (Filed on 7/1/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 07/05/2005) |
| 07/01/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/28/2005. Case Management Conference set for 11/4/2005 01:30 PM. (Attachments: # 1 Standing Order CMC# 2 Standing Order #2)(gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/01/2005 |  | Summons Issued as to Intel Corporation. (gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/01/2005 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 7/1/2005) (Entered: 07/05/2005) |
| 07/19/2005 | 3 | ***PLEASE DISREGARD. FILED IN ERROR*** SEE DOCKET ENTRY NO. 4 CLERK'S NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by AUG. 2, 2005. (klh, COURT STAFF) (Filed on 7/19/2005) (Entered: 07/19/2005) |
| 07/20/2005 | 4 | CLERK'S AMENDED NOTICE TO PLAINTIFF RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by AUG. 3, 2005. (klh, COURT STAFF) (Filed on 7/20/2005) (Entered: 07/20/2005) |

| 07/20/2005 | 5 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiff's Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| --- | --- | --- |
| 07/21/2005 | 6 | CLERK'S NOTICE TO DEFENDANT INTEL RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by AUG. 4, 2005. (klh, COURT STAFF) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/21/2005 | 7 | STIPULATION AND ORDER TO CONTINUE FILING DATE FOR DFT'S RESPONSE TO PLA'S COMPLAINT. Signed by Judge Joseph C. Spero on 7/21/2005. (klh, COURT STAFF) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/22/2005 | 8 | AFFIDAVIT of Service for Declaration of Service served on Intel Corporation (Gerome Jones, C.T. Corporation Systems as agent) on July 6, 2005, filed by Patricia M. Niehaus. (Keller, Jeffrey) (Filed on 7/22/2005) (Entered: 07/22/2005) |
| 07/27/2005 | 9 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/27/2005 | 10 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: 1 (gba, COURT STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 11 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/26/2005 | 12 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/28/2005 | 13 | Proposed Order *to Stay Deadlines Pending MDL Decision* by Patricia M. Niehaus. (Keller, Jeffrey) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 14 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 15 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 16 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| | | |

| 12/17/2005 | 17 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| --- | --- | --- |
| 01/10/2006 | 18 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/12/2006 05:56:43 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02720-MHP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |