```
1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  PATRICIA M. NIEHAUS, individually and on    No. C-05-2720
    behalf of all others similarly situated,
13                                              STIPULATION AND [PROPOSED]
                                                ORDER TO CONTINUE FILING DATE
14           Plaintiff,                         FOR DEFENDANT'S RESPONSE TO
         v.                                     PLAINTIFF'S COMPLAINT
15  INTEL CORPORATION, a Delaware
    corporation,
16
             Defendant.
17
```

18        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19 COUNSEL AS FOLLOWS:
20        Pursuant to Civil Local Rule 6-2, Plaintiff Patricia M. Niehaus and Defendant
21 Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall
22 be due either 60 days after transfer of the above captioned case pursuant to any motion to
23 coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative,
24 45 days after any such motion has been denied. The parties request this transfer because the
25 plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a
26

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

1 related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28
2 U.S.C. Section 1407, and the above-styled action has been identified as a related action to that
3 petition. As a result, the outcome of the pending petition will impact significantly the schedule
4 of this case.
5       This is the first stipulation between the parties. Because this litigation has just
6 begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7 IT IS HEREBY STIPULATED.
  DATED: July /1, 2005
8
9                           Bingham McCutchen LLP
10
11
12                     By: _____
                            JOY K. FUYUNO
13                             Attorneys for Defendant
                            Intel Corporation
14
15
16                     Law Offices of Jeffrey F. Keller
17
18                     By: _____
19                             JEFFREY F. KELLER
                            Attorneys for Plaintiff
20                             Patricia M. Niehaus
21
22
23
24
25
26

**[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July _____, 2005

_____
Honorable Joseph C. Spero
United States Magistrate Judge