Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA M. NIEHAUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2720 JCS<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Patricia M. Niehaus and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28

2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that

3  petition. As a result, the outcome of the pending petition will impact significantly the schedule

4  of this case.

5      This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
   DATED: July __, 2005

8

9                              Bingham McCutchen LLP

10

11

12                    By: _____
                          JOY K. FUYUNO
13                           Attorneys for Defendant
                         Intel Corporation

14

15

16                              Law Offices of Jeffrey F. Keller

17

18                    By: _____
19                            JEFFREY F. KELLER
                         Attorneys for Plaintiff
20                           Patricia M. Niehaus

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

1 [PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

2     IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
3 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
4 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
5 1407, or, in the alternative, 45 days after any such motion has been denied.
6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 Dated: July 21, 2005

8

9                                               /s/ Joseph C. Spero
                                            Honorable Joseph C. Spero
10                                             United States Magistrate Judge