Case 4:05-cv-02720-JMHP Document 18-81   Filed 07/22/200506   Page 1 of 2

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN J. HAMILTON, etc.

                Plaintiff,

V.

INTEL CORPORATION

                Defendant.

CASE NUMBER
C05-02721 JCS

**DECLARATION OF SERVICE**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; U.S. DISTRICT COURT, SAN FRANCISCO, INFORMATION; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : INTEL CORPORATION

    By serving      : Gerome Jones, Authorized Agent

    Address          : C.T. Corporation System
                         818 W. 7th Street
                         Los Angeles, CA 90017

    Date of Service : July 6, 2005

    Time of Service : 2:40 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 11, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 140

171596

Signature: _____
PAUL NAGLE

JUL 11 2005 13:38 FR SPECIALIZED LEGAL     4153570595 TO 12134832576     P.02/03

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICIA M. NIEHAUS, etc. | CASE NUMBER |
|---|---|
| Plaintiff, | C05-02720 JCS |
| v. | |
| INTEL CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA; U.S. DISTRICT COURT, SAN FRANCISCO, INFORMATION; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : INTEL CORPORATION

By serving      : Gerome Jones, Authorized Agent

Address         : C.T. Corporation System
                  818 W. 7th Street
                  Los Angeles, CA 90017

Date of Service : July 6, 2005

Time of Service : 2:40 PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 11, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 140

Signature: _____
PAUL NAGLE

171587