FILED
JUL 27 2005

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 05-03028 WDB    Trotter-Vogel Realty, Inc. -v- Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02669 MHP    Lipton et al v. Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02699 JL    Prohias v. Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02700 MHP    Konieczka, et al v. Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02720 JCS    Niehaus v. Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02721 JCS    Hamilton v. Intel Corporation
     I find that the above case is related to the case assigned to me.

C 05-02743 SC    Brauch et al v. Intel Corporation
     I find that the above case is related to the case assigned to me.

-1-

C 05-02758 EMC     Baxley v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02813 JL      Frazier et al v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02818 JL      Dickerson v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02823 EDL     The Harman Press v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02830 EDL     Shanghai 1930 Restaurant Partners, L.P. v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02831 EDL     Major League Softball, Inc. V. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02834 MHP     Allanoff v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02858 EDL     Law Offices of Laurel Stanley et al v. Intel Corporation

I find that the above case is related to the case assigned to me. _____


C 05-02859 WHA     Lazio Family Products, v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02882 MEJ     Walker v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02897 EDL     Stoltz v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02898 JCS     Naigow v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02916 SC      Hewson v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

C 05-02957 MEJ     Lang v. Intel Corporation

I find that the above case is related to the case assigned to me. _____

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 7/27/05        _____
                     Judge Marilyn H. Patel

Dated:_____  _____

-3-

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 7/27/05

By: /s/ Anthony W. Bowser
Deputy Clerk

-6-