1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA NIEHAUS, individually and on          No. C 05 2720 MHP
   behalf of all others similarly situated,
12                                                NOTICE OF APPEARANCE
                   Plaintiff,
13        v.
14 INTEL CORPORATION, a Delaware
   corporation,
15
                   Defendant.
16

17

18 TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

19 PLAINTIFF(S) IN THIS ACTION:

20          PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

21 and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

22 Francisco, CA 94111, members of the State Bar of California admitted to practice before this

23 Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

24 addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

25 Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

26 / / /

NOTICE OF APPEARANCE

1   Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant

2   Intel Corporation.

3   DATED:  July 28, 2005

4

5                                           Bingham McCutchen LLP

6

7                                   By:_____/s/ Joy K. Fuyuno_____

8                                                    Joy K. Fuyuno
                                                Attorneys for Defendant
9                                                  Intel Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE

SF/21627257.1