| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| 5 | Attorneys for Defendant |
| | Intel Corporation |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | PATRICIA M. NIEHAUS, individually and on behalf of all others similarly situated | No. 05-2720 |
| 13 | Plaintiff, | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| 14 | v. | |
| 15 | INTEL CORPORATION, | |
| 16 | Defendant. | |

SF/21633114.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1   Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2   that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4   than the named parties, there is no such interest to report.
5   DATED:  August 26, 2005
6                                       BINGHAM McCUTCHEN LLP
7
8                                       By:_____/s/ *Joy K. Fuyuno*_____
9                                              Joy K. Fuyuno
                                               Attorneys for Defendant
10                                             Intel Corporation
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SF/21633114.1                           2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT