```
1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  PATRICIA M. NIEHAUS, individually and on    No. C-05-2720 JCS
    behalf of all others similarly situated,
13                                              STIPULATION AND [PROPOSED]
                  Plaintiff,                    ORDER TO CONTINUE FILING DATE
14                                              FOR DEFENDANT'S RESPONSE TO
        v.                                      PLAINTIFF'S COMPLAINT
15
    INTEL CORPORATION, a Delaware
16  corporation,

17                Defendant.
```

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Patricia M. Niehaus and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28
2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that
3  petition. As a result, the outcome of the pending petition will impact significantly the schedule
4  of this case.
5        This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July __, 2005
8
9                             Bingham McCutchen LLP
10
11
12                     By: _____
                          JOY K. FUYUNO
13                           Attorneys for Defendant
                          Intel Corporation
14
15
16                           Law Offices of Jeffrey F. Keller
17
18                     By: _____
19                           JEFFREY F. KELLER
                          Attorneys for Plaintiff
20                           Patricia M. Niehaus
21
22
23
24
25
26

---

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627220.1

1  **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

2        IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

3  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

4  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

5  1407, or, in the alternative, 45 days after any such motion has been denied.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  Dated: July __21__, 2005

8

9                                            /s/ Joseph C. Spero

10                                            Honorable Joseph C. Spero
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26